AO 91 (Rev. 11/11)  Criminal Complaint

United States District Court
~~Southern District of Texas~~
FILED

APR -7 2014

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America )
v. )
CRESENCIO PEREZ )  Case No. M-14-0661-M
Citizen of Guatemala, YOB 1975 )
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 06, 2014__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. 111(a)(b) | forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties and inflicts bodily injury, shall be fined under this title or imprisoned not more than 20 years, or both. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved:
Robert Wells AUSA
4/7/2014

_____
*Complainant's signature*

Matthew D. Hiemstra, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/07/2014   9:03 am__

_____
*Judge's signature*

City and state: __McAllen, Texas__  ~~Dorina Ramos~~ U.S. Magistrate Judge
*Printed name and title*

## Attachment "A"

### Affidavit

I, Matthew D. Hiemstra, being duly sworn, state as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) in McAllen, Texas. I have conducted numerous investigations related to crimes of violence. This affidavit is based on information provided by the United States Border Patrol, McAllen, Texas.

2. As a federal agent, I am authorized to investigate violations of federal laws of the United States.

3. The following facts and information are known by the Affiant and were provided by Border Patrol Agent (BPA) J.S., United States Border Patrol (USBP), McAllen, Texas, BPA J.C., USBP, McAllen, Texas, and Supervisory BPA J.C., USBP, McAllen, Texas. Both BPAs J.S., J.C. provided information serving as probable cause in support of a complaint for violating Title 18, U.S.C., Section 111 (a)(b), Assaulting a Federal Officer and inflicting bodily harm.

4. On April 06, 2014, at approximately 4:15 AM, BPA J.S. and BPA J.C., members of the United States Customs and Border Protection, McAllen, Texas, were attempting to apprehend approximately 16 suspected illegal aliens, in the Abram, Texas, area.

5. After USBP Agents identified themselves, BPA J.S attempted to apprehend a suspected illegal alien, later identified as CRESENCIO PEREZ. CRESENCIO PEREZ attempted to escape BPA J.S. by attempting to flee on foot. While BPA J.S. was attempting to subdue CRESENCIO PEREZ, PEREZ shoved BPA J.S.'s head into a tree branch. Also during the struggle, PEREZ struck BPA J.S.'s duty issued rifle, causing the rifle to strike BPA J.S. in the mouth.

6. BPA J.S. received assistance from BPA J.C. to subdue and handcuff CRESENCIO PEREZ. BPA J.S. reported the incident to Supervisory BPA J.C. shortly after the apprehension of CRESENCIO PEREZ. As a result of pain and injuries sustained, BPA J.S. was transported to an emergency room for treatment. Due to the contact with the tree branch and duty issued rifle, BPA J.S. suffered multiple lacerations to his head, face, and mouth.

7. Subsequent to the apprehension of CRESENCIO PEREZ, it was determined that CRESENCIO PEREZ was a citizen of Guatemala, and was illegally present in the United States.

8. Based upon all of the aforementioned factual information, your Affiant respectfully submits that CRESENCIO PEREZ committed violations of Title 18, United States Code, Section 111 (a)(b), Assaulting a Federal Officer and inflicting bodily injury.

_____

Matthew D. Hiemstra
Special Agent
Federal Bureau of Investigation
McAllen, Texas

Subscribed and sworn to before me this ___7th___ day of April 2014

_____
Dorina Ramos
United States Magistrate Judge